JESSICA V. HENRY, Partner
jhenry@cgajlaw.com

Reply to: Oakland Office

June 25, 2026

**Via PACER**
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

      **Re:**    **Qassis v. Borough of Carlstadt**
               **Case No.: 25-3567**

Dear Sir/Madam:

This office represents the defendant/appellee, the Borough of Carlstadt (the "Borough"), in the above-referenced appeal. After filing the Borough's brief on June 5, 2026, counsel noted the following errata:

| Page | ¶ | Errata |
|---|---|---|
| 2 | 1 | "JA1461" should read "JA461" |
| 3 | 2 | "JA257" should read "JA527" |
| 5 | 1 | "Sadonis memo dated 6/20/20" should read "Sadonis memo dated 6/30/20" |
| 6 | 2 | "7/10/20 Polyniak … 2:20 p.m. emails" should read "7/10/20 Polyniak … 2:10 p.m. emails" |
| 8 | 2 | "Neglia Cert., ¶27-29 (JA901)" should read "Neglia Cert., ¶27-29 (JA900-901)" |
| 9 | 2 | "JA38" should read "JA638" |
| 10 | 2 | "JA477" should be inserted between "JA474" and "JA484" |
| 10 | 3 | "JA708" should read "JA708-710" |
| 51 | 2 | "JA11" should read "JA916" |
| 56 |  | "JA989-990; JA900-901" should follow "Shuman Cert., ¶8-9; Neglia Cert., ¶27-28" |

Very truly yours,

*s/ Jessica V. Henry*
Jessica V. Henry

**Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601**
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 908 524-0096
Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com

cc:    Anthony S. Bocchi, Esq. (via PACER)
        Brian M. Chewcaskie, Esq. (via email)
        Anthony P. Seijas, Esq. (via email)
        Joseph R. Donohue, Esq. (via email)